IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 08-cv-01744-WYD-KMT

MYBRITT HARRIS,

    PLAINTIFF,

vs.

GCA SERVICES GROUP, INC.,
GCA SERVICES GROUP OF
COLORADO, INC., f/d/b/a CLOLA
ENTERPRISES, INC.,

    DEFENDANTS.

**SUMMONS**

To the above-named Defendants: GCA SERVICES GROUP, INC.

You are hereby summoned and required to serve upon plaintiff's attorney, whose address is 102 South Tejon, Suite 910, Colorado Springs, Colorado, 80132

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 20 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____
        Deputy Clerk

(Seal of the Court)

Date: 8/19/08

Clerk, U.S. District Court, Room A-105 Alfred A Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

GCA Services Group, Inc.

| RETURN OF SERVICE |
|---|

| NAME OF SERVER: Eric R. Rupp | TITLE: Private Investigator |
|---|---|

Check one box to indicate appropriate method of service.

[X] Served personally upon the defendant. Place where left: 8/20/08 3:18PM Registered agent: National Registered Agents, Inc., 1535 Grant St., Ste 140, Denver, CO. 80203 Leasa Boyce, Legal Research

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left:

[ ] Returned unexecuted::

[ ] Other (specify):

### STATEMENT OF SERVICE OF FEES

| TRAVEL — | SERVICES $50 | TOTAL $50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: 8/21/08
Date

Signature of Server

Address of Server
P.O. Box 25023
Colorado Springs, CO. 80936

Notary Public   08/21/08
DATE

TRACI M. RUPP
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 07/27/2009