IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01744-CMA-KMT

MYBRITT HARRIS,

    Plaintiff,

v.

GCA SERVICES GROUP, INC., and
GCA SERVICES GROUP OF COLORADO, INC., f/d/b/a CLOLA ENTERPRISES, INC.,

    Defendants.

## **MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge

Defendant GCA Services Group, Inc., "Motion for Leave to File Original Answer" (#14, filed November 25, 2008) is **GRANTED**. The Clerk of Court is directed to file the original Answer, attached as Exhibit 1 to this motion.

Dated: December 01, 2008.