**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01744-CMA-KMT

MYBRITT HARRIS,

    Plaintiff,

v.

GCA SERVICES GROUP, INC., and
GCA SERVICES GROUP OF COLORADO, INC.,
   f/b/a CLOLA ENTERPRISES, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 47).  The Court having considered the Stipulation of Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE.

DATED:  June 19, 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge